

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 6/7/2023
Parties shall file the joint status letter and proposed case management plan by June 23, 2023.

June 6, 2023

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re:   Irma Sim v. New York University, et al., Case No. 1:22-cv-9415

Your Honor:

We represent Defendants New York University, New York University Tisch School of the Arts ("NYU"), James Chad Wheeless and Allyson Green (collectively "Defendants") in the above-referenced action. We write, pursuant to Rule 1.G of Your Honor's rules, to request an extension of time for the parties to file a Joint Status Letter, and to file a proposed Case Management Plan and Scheduling Order from June 9, 2023 to June 23, 2023.

Our contact attorney at NYU is currently on vacation, and as such, we require additional time to confer with the client, in order to provide the information Your Honor requests in the Joint Status Letter, and to review that letter, and the proposed Case Management Plan and Scheduling Order with our client.

This is our first request for an extension of time for this deadline. This request will not affect any other deadlines, and Plaintiff's counsel, Marshall B. Bellovin, Esq., has also consented to the extension.

We thank the Court for its attention and courtesy.

Respectfully Submitted,

Barbara E. Hoey

cc: Marshall B. Bellovin, Esq. (Via ECF)

NEW YORK   WASHINGTON, DC   CHICAGO   HOUSTON   LOS ANGELES   SAN DIEGO   PARSIPPANY   STAMFORD