UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
 

IRMA SIM,

       Plaintiff,

    -against-

NEW YORK UNIVERSITY, NEW YORK
UNIVERSITY TISCH SCHOOL OF THE
ARTS, JAMES CHAD WHEELESS, and
ALLYSON GREEN,

       Defendants.
-----------------------------------------------------------X

22-CV-9415 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

  It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: September 11, 2023
    New York, New York

                   _Vernon Broderick_
                   Vernon S. Broderick
                   United States District Judge