UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRMA SIM,

           Plaintiff,

v.

NEW YORK UNIVERSITY, NEW YORK UNIVERSITY TISCH SCHOOL OF THE ARTS, JAMES CHAD WHEELESS, AND ALLYSON GREEN,

           Defendant.

Case No.: 1:22-cv-09415 (VSB)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER**

---

IT IS HEREBY STIPULATED and agreed, by and between counsel for the above-captioned parties, through their respective undersigned attorneys, that this matter is hereby dismissed with prejudice in its entirety, without costs to any party. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      November 13, 2023

By: _____
BALLON STOLL P.C.
Marshall B. Bellovin, Esq.
810 Seventh Avenue, Suite 405
New York, New York 10019
Phone: (212) 575-7900
*Attorneys for Plaintiff*

Dated: New York, New York
      November 13, 2023

By: _____
KELLEY DRYE & WARREN LLP
Barbara E. Hoey, Esq.
3 World Trade Center
175 Greenwich Street,
New York, New York 10007
Phone: (212) 808-7800
*Attorneys for Defendants*

SO ORDERED:

_____
The Honorable Vernon S. Broderick
United States District Judge

Dated: November 14, 2023